UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KENNETH MAURICE GRANT,

Petitioner,

v.

QUENTIN BYRNE, *et al.*,

Respondents.

Case No. 3:16-cv-00104-MMD-VPC

ORDER

Pending before the Court are respondents' five motions for extension of time (ECF Nos. 10, 11, 12, 14, 15), each asking for additional time within which to file their response to the habeas petition (ECF No. 6) in this case. The most recent motion requests a deadline of April 17, 2017, to file their answer or other response. While understanding that respondents' counsel has a heavy caseload, this Court also notes that the pleading was initially due in July of 2016. Thus, respondents will be allowed the extension to the date requested, but no further extensions will be granted in the absence of truly extraordinary circumstances.

It is therefore ordered that respondents' motion for extension of time (ECF No. 15) is granted. Respondents will have until April 17, 2017, within which to file their answer or other response to the petition for writ of habeas corpus (ECF No. 6).  Respondents' prior motions for extension of time (ECF Nos. 10, 11, 12, 14) are denied as moot.

It is further ordered that petitioner's motion for leave to file a missing page (ECF No. 13) is granted. The page attached to petitioner's motion will be considered part of petition on file herein (ECF No. 6).

1    It is further ordered that petitioner's motion for appointment of counsel (ECF No.

2 7) is denied for the reasons stated in this Court's order of May 17, 2016 (ECF No. 5).

3    DATED THIS 14th day of March 2017.

4

5

6    MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28