UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH MAURICE GRANT,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>QUENTIN BYRNE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:16-cv-00104-MMD-VPC<br><br>ORDER |

On November 21, 2017, the Federal Public Defender (FPD) filed a notice of appearance on behalf of the petitioner in this action under 28 U.S.C. § 2254. (ECF No. 36.) Accordingly, the court will schedule further proceedings.

It is therefore ordered that the FPD will have forty-five (45) days from the date of entry of this order to file an amended petition for writ of habeas corpus, if counsel so chooses.

It is further ordered that respondents will file a response to the petition, including potentially a motion to dismiss, within sixty (60) days of the date on which the petitioner files an amended petition or the date on which the period for filing an amended petition expires, with any requests for relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local rules. Any response filed must comply with the remaining provisions below and Rule 5 of the Rules Governing Habeas Corpus Cases Under Section 2254.

It is further ordered that if respondents file an answer, petitioner will have forty-five (45) days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner will have forty-five (45) days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents will, thereafter, have thirty (30) days to file a reply in support of the motion.

It is further ordered that any additional state court record exhibits filed herein by either petitioner or respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number or numbers of the exhibits in the attachment. The hard copy of any additional state court record exhibits must be forwarded — for this case — to the staff attorneys in Reno.

DATED THIS 22nd day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE