UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH MAURICE GRANT, | Case No. 3:16-cv-00104-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| QUENTIN BYRNE, *et al.*, | |
| Respondents. | |

On August 24, 2018, Petitioner filed his first amended petition in this habeas proceeding. (ECF No. 44.) The unopposed motions for extension of time to file the pleading (ECF Nos. 38-43) are granted *nunc pro tunc* as of their respective filing dates. In all other respects, the November 22, 2017 scheduling order (ECF No. 37) remains in effect.

DATED THIS 27th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE