# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH MAURICE GRANT,<br><br>Petitioner,<br><br>v.<br><br>QUENTIN BYRNE, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00104-MMD-CBC<br><br>ORDER |

On June 2, 2019, Petitioner Grant filed a motion for leave to file a second amended petition for habeas corpus relief in order to add claims from his original state post-conviction petition. (ECF No. 55.) Respondents do not object to the motion. (ECF No. 56.) The motion is granted. *See* Fed. R. Civ. P. 15(a)(2) (permitting leave to amend with the opposing party's written consent and advising court to "freely give leave when justice so requires").

Petitioner will have 30 days from the date of entry of this order to file a second amended petition for writ of habeas corpus.

Respondents' response to the Petition, including potentially a motion to dismiss, is due within 40 days of the date on which the Petitioner files the second amended petition, with any requests for relief by Petitioner by motion otherwise being subject to the normal briefing schedule under the local rules. Any response filed must comply with the remaining provisions below and Rule 5 of the Rules Governing Habeas Corpus Cases Under Section 2254.

///

1    If Respondents file an answer, Petitioner will have 30 days from the date on which the answer is served on him to file and serve a reply. If Respondents file a motion to dismiss, Petitioner will have 40 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and Respondents will, thereafter, have 20 days to file a reply in support of the motion.

Any additional state court record exhibits filed herein by either Petitioner or Respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number or numbers of the exhibits in the attachment.

Respondents' motion to dismiss (ECF No. 48) is denied without prejudice.

Petitioner's pro se motions to dismiss counsel (ECF No. 51) and to vacate his first amended petition (ECF No. 52) are denied as moot.

All pending motions for extension of time (ECF Nos. 47, 49, 50, 53, 54) are granted *nunc pro tunc* as of their respective filing dates.

DATED THIS 28th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE