UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KENNETH MAURICE GRANT, | Case No. 3:16-cv-00104-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| QUENTIN BYRNE, *et al.*, | |
| Respondents. | |

Petitioner, through counsel, has filed a motion asking for a 90-day extension of time within which to file a reply to Respondents' Answer (ECF No. 78) in this habeas corpus proceeding. (ECF No. 80.) Good cause appearing, the Court will grant the extension. Given the length of the extension, however, the Court will not look favorably on a request for an additional extension.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 80) is granted. Petitioner's Reply to Respondents' Answer (ECF No. 78) is due February 26, 2021.

DATED THIS 30th Day of November 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE